AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| (1) Jin Hua ZHANG, (2) Feng CHEN, (3) Licheng HUANG, (4) Roger LUO, (5) Thong NGUYEN, (6) Augustin VILLA, and (7) Mariano SANTANA | ) ) ) ) ) | Case No.   22-6321-MPK |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2021 to present___ in the county of ___Suffolk and elsewhere___ in the

___ District of ___Massachusetts___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of cocaine |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Benjamin Wallace

☑ Continued on the attached sheet.

/s/ Benjamin Wallace

*Complainant's signature*

Benjamin Wallace, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   ___10/07/2022___

*Judge's signature*

City and state:   ___Boston, Massachusetts___      Hon. M. Page Kelley, U.S. Chief Magistrate Judge

*Printed name and title*